IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS DEANDRE BLAXTON,
    Petitioner,

vs.                                                Case No.: 3:07cv394/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

        This cause is before the court on Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). The filing fee has been paid (*see* Docket Entry 16).

        Initially, Petitioner has not named the proper party as Respondent. Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the person having custody of Petitioner. Because Petitioner states he is an inmate of the Reception and Medical Center (RMC), which is a facility of the Florida Department of Corrections, the appropriate Respondent is either the Warden of RMC or the Secretary of the DOC. Because Petitioner does not name either the Warden or the Secretary as a Respondent, the court will direct the clerk to substitute James R. McDonough, the Secretary of the DOC, as the sole Respondent in this cause, as the court has already done in the caption of this order.

        Furthermore, Petitioner failed to use the court-approved form for filing his habeas petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under 28 U.S.C. § 2254 unless the appropriate petition form is properly completed and filed. Thus, Petitioner must file an amended petition on the form approved for use in section 2254 cases filed in the Northern District.

        To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Amended Petition." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the original petition. The amended

petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  N.D. Fla. Loc. R. 15.1.  In addition, Petitioner shall provide two (2) complete copies of the petition for service upon Respondent and the Attorney General. Accordingly, it is **ORDERED**:

1. The clerk shall modify the docket to reflect that James R. McDonough is the sole Respondent in this action.

2. The clerk is directed to send Petitioner a form for use in section 2254 cases with this case number written on the form.

3. Petitioner shall have **THIRTY (30) DAYS** from the date of docketing of this order to file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition."  Additionally, Petitioner shall submit two (2) service copies of the amended petition.

4. Failure to respond to this order may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 27th day of December 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**