IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS DEANDRE BLAXTON,
      Petitioner,

vs.                                   Case No. 3:07cv394/RV/EMT

JAMES R. McDONOUGH,
      Respondent.
_____/

## **ORDER**

By order of this court dated December 27, 2007 (Doc. 18), Petitioner was given thirty (30) days in which to file an amended petition and provide two service copies of the amended petition. On or about January 8, 2008, Petitioner filed an amended petition (Doc. 19), but failed to provide service copies as previously instructed. Thereafter, on January 10, 2008, Petitioner filed a document entitled "Notice of Correction of Citation of Law of Authorities," in which Petitioner seeks to correct or amend portions of the amended petition (Doc. 20).

Initially, Petitioner is advised that he is not permitted to amend the petition in the manner he has attempted. The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience. This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher petitions that are amended by subsequent "notices" or that are incomplete absent reference to a subsequently filed document. This saving would be lost if Petitioner were allowed to file an incomplete or incorrect petition form and then a correction, instead of filing an amended petition that is complete in and of itself. In light of the administrative benefits derived from the use of the form, Petitioner should be required to file a second amended petition if he wishes to make changes or corrections to the amended petition.

To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Second Amended Petition."  Petitioner is advised that the second amended petition must contain all of his grounds for relief, and it should not in any way refer to the original or amended petitions.   The second amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  Local Rule 15.1, Northern District of Florida.  In addition, Petitioner shall provide two (2) complete copies of the second amended petition, including all attachments, for service upon Respondent and the Attorney General. Alternatively, if Petitioner wishes to proceed with the amended petition previously filed (Doc. 19), he shall provide two service copies of that petition as previously directed.  If Petitioner chooses to proceed with the amended petition (Doc. 19) instead of filing a second amended petition, the information provided by Petitioner in the "Notice of Correction" (Doc. 20) will not be considered by the court.

Accordingly, it is **ORDERED**:

1. The clerk shall send Petitioner a copy of the form for use in Section 2254 cases.  This case number should be written on the form.

2. Petitioner shall file a second amended petition as instructed in this order.  Petitioner should completely fill out the new petition form, marking it "Second Amended Petition."  The second amended petition should not refer to the original or amended petitions.  Petitioner shall provide two (2) service copies of the second amended petition, including all attachments, in addition to the original.

3. Alternatively, if Petitioner does not wish to file a second amended petition, he shall submit two (2) service copies of the amended petition (Doc. 19) as previously directed.

4. Petitioner's failure to comply with this order within **THIRTY (30) DAYS** of the date of docketing of this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 30th day of January 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**