IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS D. BLAXTON,

    Petitioner,

vs.                                     Case No. 3:07cv394-RV/AK

WALTER MCNEIL,

    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 8, 2008 (Doc. 34). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Respondent's motion to dismiss, Doc. 27, is **GRANTED**;

    3. This case is **DISMISSED without prejudice** for failure to exhaust.

    **DONE AND ORDERED** this 27th day of October, 2008.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**